**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

EQUALITY FLORIDA, *et al.*,

     Plaintiffs,

v.                                 Case No. 4:22-cv-134-AW/MJF

RONALD D. DESANTIS, *et al.*,

     Defendants.

_____/

## ORDER

Pending before this court are the Motions to Appear *Pro Hac Vice* seeking admission of attorneys (1) Roberta A. Kaplan, (2) Joshua Matz, (3) John C. Quinn, (4) Valerie L. Hletko, (5) D. Brandon Trice, and (6) Kate L. Doniger. Docs. 5-9, 11. They successfully completed the computer-based tutorials of the Local Rules of this court and CM/ECF. They also paid the required fee, and their motions include a certificate indicating that they are members of a State bar. This court finds that the requirements of Local Rule 11.1(C) have been satisfied.

Accordingly, it is **ORDERED**:

1.    The Motion to Appear *Pro Hac Vice* of Roberta A. Kaplan, Doc. 5, is **GRANTED**.

2. The Motion to Appear *Pro Hac Vice* of Joshua Matz, Doc. 6, is **GRANTED**.

3. The Motion to Appear *Pro Hac Vice* of John C. Quinn, Doc. 7, is **GRANTED**.

4. The Motion to Appear *Pro Hac Vice* of Valerie L. Hletko, Doc. 8, is **GRANTED**.

5. The Motion to Appear *Pro Hac Vice* of D. Brandon Trice, Doc. 9, is **GRANTED**.

6. The Motion to Appear *Pro Hac Vice* of Kate L. Doniger, Doc. 11, is **GRANTED**.

7. Pursuant to Local Rule 11.1(C), the attorneys listed above are admitted *pro hac vice* on behalf of Plaintiffs.

**SO ORDERED** this 1st day of April, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**