UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

EQUALITY FLORIDA, et al.,

    Plaintiffs,                        CASE NO.: 4:22-cv-134-AW-MJF

vs.

RON DESANTIS, in his official
capacity as Governor of Florida et al.,

    Defendants.
_____/

## NOTICE OF APPEARANCE

The undersigned, Bob L. Harris, James J. Dean, Cameron H. Carstens, with Messer Caparello, P.A., and H. Matthew Fuqua with Fuqua & Milton, P.A., now appear as counsel of record for Defendant, Jackson County School Board. Pursuant to Florida Rule of Judicial Administration 2.516(b)(1)(A), counsel hereby designates their e-mail addresses and requests that orders, process, pleadings, and other documents filed and served in this matter be served on them at the following primary and secondary e-mail addresses listed below.

| | |
|---|---|
| Primary E-Mail Addresses: | bharris@lawfla.com |
| | jdean@lawfla.com |
| | ccarstens@lawfla.com |
| | mfuqua@fmc.legal |
| Secondary E-Mail Address: | ahopkins@lawfla.com |

/s/ Bob L. Harris
**Bob L. Harris, Esq.**
Florida Bar No.: 460109
**James J. Dean, Esq.**
Florida Bar No.: 0832121
**Cameron H. Carstens, Esq.**
Florida Bar No.: 112864
Messer Caparello, P.A.
Post Office Box 15579
Tallahassee, Florida 32317
Primary E-Mail: bharris@lawfla.com
jdean@lawfla.com
ccarstens@lawfla.com
Secondary E-Mail:
ahopkins@lawfla.com
*Attorneys for Defendant*

*/s/ H. Matthew Fuqua*
H. MATTHEW FUQUA
mfuqua@fmc.legal
Fuqua & Milton, P. A.
4450 Lafayette Street
Post Office Box 1508
Marianna, Florida 32447
(850) 526-2263
Florida Bar No. 0451101

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 6th day of April, 2022, a copy of the foregoing was served on all counsel of record through the Court's CM/ECF Notice of Electronic Filing System.

 */s/ Bob L. Harris*
**BOB L. HARRIS, ESQ.**