In The
# United States District Court
# Northern District of Florida

| | | |
|---|---|---|
| EQUALITY FLORIDA, ET AL, | ) | Number: 4:22-cv-00134-AW-MJF |
| PLAINTIFFS, | ) | |
| v. | ) | |
| RONALD DESANTIS, ET AL, | ) | |
| DEFENDANTS. | ) | |

### Clarification of Motion for Temporary Restraining Order

NOW COMES, Scott Huminski ("Huminski"), and clarifies the relief sought in the pending Motion for Temporary Restraining Order as follows:

Additional Requested Relief:

Enjoin any arrest or enforcement activities by the State of Florida concerning the Lee County Court order mandating the lifetime prohibition of all communication with the State of Florida government by Huminski entered in <u>State v. Huminski</u>, 17-mm-815, Lee County Court, to wit:

"No communication with the parties in the civil or criminal case",



1

Simply service of court papers in the instant matter constitutes a communication with the State of Florida, a violaton of the court order which mandates the sanctions set forth in the order under F.S. 322.425 including arrest which Huminski endured once whereby he was held without bail related to this court order for nearly a month. The State of Florida is dead serious concerning this threat.

the Clerk of Court. If sentenced to Probation, you must adhere to standards as directed.
Failure to comply with any part of this order may result in a suspension of your driver license privilege and/or warrant being issued for your arrest (322.245).
Unpaid financial obligations still remaining 90 days after payment due date will be referred by the Clerk of Court to a collection agency and an additional fee of up to 40% of the outstanding balance owed will be added at that time (28.246).
Mandatory assessments are imposed and shall be included in the judgment without regard to whether the assessment was announced in open court.

Asst. State Attorney _____/A. Lunsker___  Bar No. _____/26999  Date _____

Judge James R Adams _____/Adams/_____  Date _____

Rev.05/05/2017

Obviously, service of this paper requires the sanctions and punishments mentioned in the order.

Dated at Miami, Florida this 4th day of April, 2022.
-/S/- Scott Huminski
_____
Scott Huminski, pro se
P.O. Box 353820
Palm Coast, FL 32135
(239) 300-6656
S_Huminski@live.com

Certificate of Service

Copies of this document and any attachment(s) was served upon the parties via the U.S. Mails and/or email and/or the e-filing system in this case.
Dated this 4th day of April, 2022.
-/s/- Scott Huminski
_____
Scott Huminski

2



Huminski
PO Box 353820

U.S. District Ct
111 W. Adams St
#322
Tallahassee FL
32301-7730



PLACE THIS LABEL TO THE LEFT OF THE POSTAGE



DEVIN ERIC LAMM- D.O.C. # 168538
WAKULLA CORRECTIONAL INSTITUTION
110 MELALUECA DRIVE
CRAWFORDVILLE, FL 32327
4:22-cv-00008-MW-MAF ECF 8 & 9

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK
111 NORTH ADAMS STREET, SUITE 322
TALLAHASSEE, FLORIDA 32301-7717

OFFICIAL BUSINESS

Suwannee

NIXIE          322  DC 1          0004/05/22
        NOT DELIVERABLE TO SENDER
        UNABLE TO FORWARD
BC: 32301773699        *0238-01118-05-35

FILED USDC FLND TL
APR 7 '22 PM 3:29