UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EQUALITY FLORIDA**, et al.,

   *Plaintiffs*,

v.                                                                          No. 4:22-cv-134-AW-MJF

**RON DESANTIS**, in his official capacity
as Governor of Florida, et al.,

   *Defendants*.

_____/

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants' response to the complaint in this case is currently due tomorrow, April 21, 2022. Plaintiffs have informed Defendants that they wish to have until May 25, 2022 to amend their complaint, including by adding new defendants. Defendants are willing to consent to that deadline under Rule 15(a)(2), and do not believe that it is a good use of the parties' or Court's resources for Defendants to file a response to the original complaint. Defendants therefore respectfully ask the Court to order the following:

- Plaintiffs shall serve their amended complaint no later than May 25, 2022, and the deadline for Plaintiffs to join new defendants shall be the same;

- Defendants shall respond to the amended complaint no later than June 27, 2022; and

- Defendants shall have no obligation to respond to the original complaint.

Undersigned counsel has conferred with counsel for Plaintiffs and is authorized to represent that Plaintiffs do not oppose this motion. Defendants also note that Plaintiffs have proposed a schedule of further deadlines, which is under consideration.

Plaintiffs state their position as follows: "This litigation should be conducted in a coordinated and efficient manner, especially given the number of parties and the complexity of the issues involved. Accordingly, we have made a comprehensive scheduling proposal to Defendants addressing Defendants' anticipated motions to dismiss, Plaintiffs' anticipated preliminary injunction motion, and limited discovery (if any) relating to issues such as the expert testimony to be submitted by Plaintiffs in connection with their motion for a preliminary injunction. Thus far, Defendants have not responded to our proposal. If the parties are unable to reach agreement in a timely manner, we will respectfully request a scheduling conference with the Court so that a schedule can be worked out to allow this case to proceed in an orderly manner."

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

*/s/ Daniel William Bell*
Daniel William Bell (FBN 1008587)
CHIEF DEPUTY SOLICITOR GENERAL

Bilal Faruqui (FBN 15212)
ASSISTANT ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
daniel.bell@myfloridalegal.com

*Counsel for Governor Ron DeSantis, the Florida State Board of Education, Thomas R. Grady, Ben Gibson, Monesia Brown, Esther Byrd, Grazie P. Christie, Ryan Petty, Joe York, Commissioner Richard Corcoran, and the Florida Department of Education*

*/s/ Erin G. Jackson*
Erin G. Jackson, Esq. (FBN 413097)
Ashley Gallahger, Esq. (FBN 125141)
Johnson Jackson PLLC
100 N. Tampa Street, Suite 2310
Tampa, FL 33602
Telephone: (813) 580-8400
Facsimile: (813) 580-8407
ejackson@johnsonjackson.com

3

agallagher@johnsonjackson.com
lstillwell@johnsonjackson.com
kharris@johnsonjackson.com

*Counsel for the Manatee County School Board*

*/s/ Walter J. Harvey*
Walter J. Harvey (FBN 74144)
The School Board of Miami-Dade County, Florida
1450 NE 2nd Avenue, Suite 430
Miami, Florida 33132
305-995-1304
walter.harvey@dadeschools.net
jordanmadrigal@dadeschools.net

*Counsel for the Miami-Dade County School Board*

*/s/ J. David Marsey*
J. David Marsey (FBN 0010212)
Jeffrey J. Grosholz (FBN 1018568)
Rumberger, Kirk & Caldwell, P.A.
101 N. Monroe Street Suite 120
Tallahassee, Florida 32301
Telephone: (850) 222-6550
dmarsey@rumberger.com
jgrosholz@rumberger.com
docketingorlando@rumberger.com
dmarseysecy@rumberger.com
jgrosholzsecy@rumberger.com

*Counsel for the St. John's County School Board*

*/s/ Bob L. Harris*
Bob L. Harris, Esq. (FBN 460109)
James J. Dean, Esq. (FBN 0832121)
Cameron H. Carstens, Esq. (FBN 112864)
MESSER CAPARELLO, P.A.
Post Office Box 15579
Tallahassee, Florida 32317

4

Telephone: (850) 222-0720
Facsimile: (850) 558-0662
bharris@lawfla.com
ahopkins@lawfla.com
jdean@lawfla.com
ccarstens@lawfla.com

H. MATTHEW FUQUA
Florida Bar Number 451101
Fuqua & Milton, P.A.
4450 Lafayette Street (32446)
Post Office Box 1508
Marianna, FL 32447
(850) 526-2263
mfuqua@fmc.legal

*Counsel for the Jackson County School Board*

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.1(B), undersigned counsel conferred with Plaintiffs in good faith about the relief requested in this motion and is authorized to represent that Plaintiffs do not oppose this motion.

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this motion contains 297 words.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of April, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

*/s/ Daniel William Bell*
Chief Deputy Solicitor General
