# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**EQUALITY FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                 Case No. 4:22-cv-134-AW-MJF

**RONALD D. DESANTIS, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE

Defendants' unopposed motion for extension (ECF No. 32) is GRANTED. Plaintiffs have until May 25 to file an amended complaint and to join any new defendants. Defendants will then have until June 27 to respond to the amended complaint. Defendants need not respond to the original complaint.

The motion indicates that Plaintiffs anticipate moving for preliminary injunctive relief and for related discovery. The parties must confer regarding that scheduling, and any party may move at any time for entry of a litigation schedule. Absent such a motion, the court will issue a scheduling order after Plaintiffs have amended their complaint and served all Defendants.

SO ORDERED on April 21, 2022.

                                               s/ *Allen Winsor*
                                               United States District Judge