

In The
# United States Bankrupty Court
# For the Middle District of Florida

| | |
|---|---|
| IN RE, | ) |
| SCOTT ALAN HUMINSKI, | ) CASE No.17-03658-9D7 |
| DEBTOR | ) |
| | ) ADV. PROC. NO. |
| | ) |

## MOTION TO VACATE STATE ORDERS – EX PARTE COMMUNICATIONS – Judge Krier will be called as a witness

NOW COMES, Debtor, Scott Huminski ("Huminski"), and moves to vacate all orders of the State Court because they are products of *ex parte* communications as follows:

1. Huminski received a series of death threats via the U.S. Mails beginning in May of 2015 with the series of letters continuing to June 2017. See Complaint and attachments.

2. The record in the State court contains no information from any other party concerning the death threats. The record concerning the death threats is solely from Huminski with references to the stamped and postmarked envelopes used to mail the death threats. The most recent letter was sent certified and insured from Scottsdale AZ and the mailer was caught on post office surveillance.

3. At hearing in April 2017, the State Judge declared that the death threats do not exist.

4. Notice is given that Judge Krier will be called as a witness.

The stating that the death threats do not exist can only be a product of *ex parte* communications or, less likely, judicial disability or judicial lies or bias. The judge appeared irate and hostile at the hearing. Huminski's Due Process rights were violated because of the aforementioned.

Dated at Bonita Springs, Florida this 25th day of June, 2017.
-/s/- Scott Huminski

Scott Huminski, pro se

1

RCV'D USDC FLMD FL
APR 22 '22 PM 1:54
SJB

24544 Kingfish Street
Bonita Springs, FL 34134
(239) 300-6656
S_huminski@live.com

2

Huminski
P.O. Box 353890
Palm Coast FL 32135

111 N. Adams St
#322
Tallahassee, FL 32301

USPS FIRST-CLASS MAIL

U.S. District Cour
#322

APR 22 2022

SHIP TO:
111 N ADAMS ST
TALLAHASSEE FL 32301-7736

USPS TRACKING® NUMBER

9516 4066 9801 2109 5713 96