In The
# United States Bankrupty Court
## For the Middle District of Florida



| | |
|---|---|
| IN RE, | ) |
| SCOTT ALAN HUMINSKI, | ) CASE No. 17-03658-FMD |
| DEBTOR | ) |
| | ) ADV. PROC. NO. |
| | ) |

### MOTION TO SHOW CAUSE AS TO WHY SHERIFF MIKE SCOTT SHOULD NOT BE HELD IN VIOLATION OF THE 11 U.S. Code § 362 and MOTION FOR PROTECTIVE ORDER ENJOININNG CONTACT WITH DEBTOR ARISING FROM ANY CIVIL CASE BY SHERIFF MIKE SCOTT HIS AGENTS OR EMPLOYEES

NOW COMES, Plaintiff, Scott Huminski ("Huminski"), and moves as set forth above as follows:

1. Sheriff Mike Scott was alerted to the filing of this Bankruptcy on 4/29/2017 via emails sent to himself and his staff and was alerted by U.S. Mail, as a creditor, by the Court.

2. Despite the automatic stay enjoining the Sheriff's contact related to civil case Huminski v. Town of Gilbert, AZ, et al, the sheriff persists in attempts to serve various papers related to the civil suit upon Scott Huminski, a service attempt by the sheriff was made in the morning of 5/2/2017.

Dated at Bonita Springs, Florida this 25th day of June, 2017.

-/s/- Scott Huminski

Scott Huminski, pro se
24544 Kingfish Street
Bonita Springs, FL 34134
(239) 300-6656
S_huminski@live.com

