# Exhibit A

| | |
|---|---|
| **From:** | Daniel Bell |
| **To:** | Joshua Matz; Henry Whitaker; James Percival; Bilal Faruqui; Anita Patel |
| **Cc:** | Roberta Kaplan; Kate L. Doniger; John Quinn; D. Brandon Trice; SMinter; ejackson@johnsonjackson.com; "Bob Harris"; agallagher@johnsonjackson.com; Garcia, Luis M.; "henrysuarez@dadeschools.net"; MADRIGAL, JORDAN A; jgrosholz@rumberger.com; James Dean; Cameron Carstens; H. Matthew Fuqua; "DeLeo, Daniel J."; Duggan, Patrick J.; Amber Hopkins; Marsey, David |
| **Subject:** | Re: Equality Florida v. DeSantis |
| **Date:** | Wednesday, April 27, 2022 6:23:19 PM |

> This email was sent from outside the Firm.

Hi Joshua,

I'm writing on behalf of the state defendants as well as the school board defendants, except for Manatee County, as I have not heard from Manatee. Our position is as follows:

We believe the case is likely to be resolved on the pleadings and plan to proceed expeditiously with a motion to dismiss after your amended complaint is served. Of course, other things being equal, we'd be happy to consolidate the litigation of our motion to dismiss with deadlines governing your preliminary injunction motion, but we aren't willing to delay our motion and we oppose discovery pending its resolution.

Thanks,
Daniel

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Monday, April 25, 2022 4:08 PM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>; D. Brandon Trice <btrice@kaplanhecker.com>; SMinter <sminter@nclrights.org>
**Subject:** RE: Equality Florida v. DeSantis

Dear Daniel,

I hope you're well. I write to follow up on our conversation. You've now had our proposed schedule since last Tuesday, and have thus had time to confer with your clients. We therefore respectfully request a response to our proposal from the State Defendants by Wednesday.

Thank you,
Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**

1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Wednesday, April 20, 2022 3:39 PM
**To:** Joshua Matz <jmatz@kaplanhecker.com>; Henry Whitaker
<Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>; Bilal
Faruqui <Bilal.Faruqui@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>;
John Quinn <jquinn@kaplanhecker.com>; D. Brandon Trice <btrice@kaplanhecker.com>; SMinter
<sminter@nclrights.org>
**Subject:** Re: Equality Florida v. DeSantis

> This email was sent from outside the Firm.

Thanks, Joshua. We have no problem including your position. Hope you have a nice flight.

Get Outlook for iOS

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Wednesday, April 20, 2022 3:31 PM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Henry Whitaker
<Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>; Bilal
Faruqui <Bilal.Faruqui@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>;
John Quinn <jquinn@kaplanhecker.com>; D. Brandon Trice <btrice@kaplanhecker.com>; Shannon
Minter <SMinter@nclrights.org>
**Subject:** Re: Equality Florida v. DeSantis

Hi Daniel,

If you will agree to include the paragraph below as a statement of our position, we will not object to
your draft motion.

If you decline to include it, we will file a response setting forth our position.

Rather than needlessly burden the Court here, I am hopeful that you will simply include our position
in your motion.

Joshua

*** Statement of our position ***

Plaintiffs state as follows: "This litigation should be conducted in a coordinated and efficient manner,

especially given the number of parties and the complexity of the issues involved. Accordingly, we have made a comprehensive scheduling proposal to Defendants addressing Defendants' anticipated motions to dismiss, Plaintiffs' anticipated preliminary injunction motion, and limited discovery (if any) relating to issues such as the expert testimony to be submitted by Plaintiffs in connection with their motion for a preliminary injunction. Thus far, Defendants have not responded to our proposal. If the parties are unable to reach agreement in a timely manner, we will respectfully request a scheduling conference with the Court so that a schedule can be worked out to allow this case to proceed in an orderly manner."

**Joshua Matz | Kaplan Hecker & Fink LLP**
**350 Fifth Avenue | 63rd Floor**
**New York, NY 10118**
**(W) 929.294.2537**

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Wednesday, April 20, 2022 11:51:14 AM
**To:** Joshua Matz <jmatz@kaplanhecker.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>; D. Brandon Trice <btrice@kaplanhecker.com>
**Subject:** Re: Equality Florida v. DeSantis

> This email was sent from outside the Firm.

Joshua,

Thanks for letting me know. Attached is a proposed motion. We simply do not have client consent at this time to commit to any subsequent filing (such as a proposed schedule). The note at the end is the best I can do right now. If you oppose any of the relief sought, let me know. We need to run this by the school board defendants as well, so I plan to give them a couple of hours to review.

Thanks,
Daniel

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Wednesday, April 20, 2022 1:04 PM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>; D. Brandon Trice <btrice@kaplanhecker.com>
**Subject:** RE: Equality Florida v. DeSantis

Daniel

A quick follow up note to mention that I'll be flying from LA to DC in just a couple hours, potentially without (or with limited) internet access, so I won't be available if you try to reach me directly.

My colleagues (copied here) will be available.

Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Joshua Matz
**Sent:** Wednesday, April 20, 2022 11:37 AM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org; liz@elizabethschwartz.com; Kate L. Doniger <kdoniger@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>; agallagher@johnsonjackson.com; ejackson@johnsonjackson.com; lmgarcia2@dadeschools.net; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>; jordanmadrigal@dadeschools.net; Marsey, David <dmarsey@rumberger.com>; jgrosholz@rumberger.com; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.' <ddeleo@shumaker.com>; pduggan@shumaker.com; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>
**Subject:** RE: Equality Florida v. DeSantis

Dear Daniel,

We all agree that Plaintiffs will file an amended complaint by May 25 and that there is no need for defendants to answer or respond to the current complaint; we are happy to stipulate to that. We are also happy to proactively extend your time to respond to thirty days after our amended complaint. But as we have repeatedly explained, we should develop a more comprehensive schedule (including dates beyond the opening briefs), and the motion to dismiss and the motion for a preliminary injunction should be briefed in a coordinated way. Indeed, as you recognized on our call last week, it seems safe to assume that many if not all of the arguments you will make on your motion to dismiss would also be included in the "likelihood of success" section of your opposition to our motion for a preliminary injunction. In addition, to work out such a coordinated schedule, we need to know (among other things) whether defendants want depositions of the experts who will submit affidavits in connection with our motion and will testify at an evidentiary hearing. It would make no sense for such discovery to occur *after* preliminary injunction motion papers have already

been filed, which is one reason why we think a coordinated schedule is essential.

As for what happens before May 25, we do not understand why a stay of proceedings is necessary when we've agreed (and would stipulate) that there's no need for Defendants to file a Rule 12 response before Plaintiffs file their amended complaint. My colleagues and I have never heard of parties staying a case at the outset (as you propose) when they have agreed on a date for an amended complaint. To the extent the Court wishes to schedule an initial conference over the coming month—and decides to do so with knowledge that Plaintiffs will file an amended complaint by May 25 and that the parties are negotiating a more comprehensive schedule—that is obviously within the Court's prerogatives, and we think that may be useful as we work this all out.

As for what happens after May 25, once again, we think it makes no sense in a case involving this many parties and these important issues to engage in piecemeal, haphazard litigation. That would needlessly burden the Court and the parties. As a result, we propose that we simply inform the Court that the parties are discussing a broader scheduling proposal concerning Defendants' anticipated motions to dismiss, Plaintiffs' anticipated preliminary injunction motions, and potential limited discovery related to the anticipated preliminary injunction proceedings, all of which the parties agree should be conducted in a coordinated and efficient manner.

Given the above, I'd propose that we file a joint submission today agreeing on a May 25 deadline for the amended complaint; memorializing Plaintiffs' stipulation that no response to the current complaint is required before then; and stating that the parties are discussing and will file with the Court either an agreed-to, proposed schedule governing the matters set forth above, or a proposed schedule noting the matters on which the parties agree and asking for the Court's guidance where (and if) there is disagreement.

If you agree to this, we can file jointly. Please share a proposed draft filing when you are able and we will review promptly.

If not, we are also prepared to review any statement of our position that you may wish to include in your submission. Ultimately, in that case, it may be necessary for us to make our own separate submission and to request a scheduling conference.

If the stumbling block here is that you cannot speak for all of the other Defendants, then we would at least request your position on behalf of the State Defendants.

Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Wednesday, April 20, 2022 1:18 AM

**To:** Joshua Matz <jmatz@kaplanhecker.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org; liz@elizabethschwartz.com; Kate L. Doniger <kdoniger@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>; agallagher@johnsonjackson.com; ejackson@johnsonjackson.com; lmgarcia2@dadeschools.net; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>; jordanmadrigal@dadeschools.net; Marsey, David <dmarsey@rumberger.com>; jgrosholz@rumberger.com; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.' <ddeleo@shumaker.com>; pduggan@shumaker.com; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>
**Subject:** Re: Equality Florida v. DeSantis

This email was sent from outside the Firm.

Thanks, Joshua. Sounds good.

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Wednesday, April 20, 2022 12:26 AM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org <CStoll@nclrights.org>; liz@elizabethschwartz.com <liz@elizabethschwartz.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>; agallagher@johnsonjackson.com <agallagher@johnsonjackson.com>; ejackson@johnsonjackson.com <ejackson@johnsonjackson.com>; lmgarcia2@dadeschools.net <lmgarcia2@dadeschools.net>; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>; jordanmadrigal@dadeschools.net <jordanmadrigal@dadeschools.net>; Marsey, David <dmarsey@rumberger.com>; jgrosholz@rumberger.com <jgrosholz@rumberger.com>; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com <ccarstens@lawfla.com>; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.' <ddeleo@shumaker.com>; pduggan@shumaker.com <pduggan@shumaker.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>
**Subject:** RE: Equality Florida v. DeSantis

Dear Daniel,

We will respond to this email by noon tomorrow (Wednesday).

Sincerely,

Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Tuesday, April 19, 2022 11:58 PM
**To:** Joshua Matz <jmatz@kaplanhecker.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>;
CStoll@nclrights.org; liz@elizabethschwartz.com; Kate L. Doniger <kdoniger@kaplanhecker.com>;
John Quinn <jquinn@kaplanhecker.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>;
agallagher@johnsonjackson.com; ejackson@johnsonjackson.com; lmgarcia2@dadeschools.net;
'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>;
jordanmadrigal@dadeschools.net; Marsey, David <dmarsey@rumberger.com>;
jgrosholz@rumberger.com; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>;
ccarstens@lawfla.com; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.'
<ddeleo@shumaker.com>; pduggan@shumaker.com; Anita Patel
<Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry
Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival
<James.Percival@myfloridalegal.com>
**Subject:** Re: Equality Florida v. DeSantis

This email was sent from outside the Firm.

Hi Joshua,

I can't speak for the school boards, but haven't heard any objection to May 25 for the amended
complaint. As for the rest of it, I'd propose something slightly different than what you
described, a motion along the following lines:

- Plaintiffs plan to amend their complaint, including adding and dropping parties. The
  parties therefore seek the following relief:
- Plaintiffs shall amend their complaint by May 25. The deadline to add/drop parties is the
  same.
- Defendants shall respond to the amended complaint within 30 days.
- The case shall be otherwise stayed until the complaint is amended. (If we don't do this,
  other case-related deadlines like the 26(f) and scheduling conferences will come up
  when it makes no sense).
- 

We're not prepared at this time to commit to a deadline for a proposed schedule, as we simply
haven't had a chance to meaningfully discuss all this with our clients, and it's not clear that it
makes sense to propose to a comprehensive schedule a full month before what will
become the operative complaint is filed. We would be happy to note in the motion that the
parties continue to discuss a schedule for other deadlines, including a briefing schedule for the

preliminary injunction. We're not prepared to agree to any preliminary injunction discovery at this time, but that's among the issues we'll continue to discuss. In all likelihood, I'll have a position for you on these issues within a couple of weeks at most, and certainly well in advance of the amended complaint.

In the meantime, we have a deadline to respond to the complaint coming up Thursday, so we plan to file a motion as described above tomorrow (Wednesday). Let us know your position and whether you'd like it to be a joint motion or filed only by us.

Thank you,

Daniel

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Tuesday, April 19, 2022 5:52 PM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org <CStoll@nclrights.org>; liz@elizabethschwartz.com <liz@elizabethschwartz.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>; John Quinn <jquinn@kaplanhecker.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>; agallagher@johnsonjackson.com <agallagher@johnsonjackson.com>; ejackson@johnsonjackson.com <ejackson@johnsonjackson.com>; lmgarcia2@dadeschools.net <lmgarcia2@dadeschools.net>; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>; jordanmadrigal@dadeschools.net <jordanmadrigal@dadeschools.net>; Marsey, David <dmarsey@rumberger.com>; jgrosholz@rumberger.com <jgrosholz@rumberger.com>; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com <ccarstens@lawfla.com>; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.' <ddeleo@shumaker.com>; pduggan@shumaker.com <pduggan@shumaker.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>
**Subject:** RE: Equality Florida v. DeSantis

Hi Daniel,

Thanks for this response. I'm glad we're agreed on May 25, 2022 for the filing of an amended complaint (and it's my understanding that you speak for all Defendants on this point).

Beyond that deadline, we expect that the Court would prefer the parties to submit a single proposed schedule covering the initial course of the litigation, rather than making piecemeal scheduling proposals. To that end, while we continue to discuss a more comprehensive schedule to govern discovery and motion practice after the amended complaint – a schedule that should address not only Defendants' responses to the amended complaint but also Plaintiffs' preliminary injunction motion (and associated discovery) – I'd suggest that we file a joint letter stating as follows:

- The parties jointly propose May 25, 2022 as the deadline for Plaintiffs to file an amended

complaint
- The parties agree that if the May 25, 2022 deadline is accepted, there's no need in the interim for Defendants to file Rule 12 responses to the original complaint
- The parties continue to discuss an appropriate scheduling proposal concerning discovery, filings, and a hearing for Plaintiffs' contemplated preliminary injunction motion and for Defendants' contemplated motions to dismiss
- The parties will submit a joint scheduling proposal to the Court by April 29, 2022

Is that approach agreeable to Defendants? If so, we'd be happy to prepare a draft letter for Defendants' review.

Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Tuesday, April 19, 2022 3:19 PM
**To:** Joshua Matz <jmatz@kaplanhecker.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org; liz@elizabethschwartz.com; Kate L. Doniger <kdoniger@kaplanhecker.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>; agallagher@johnsonjackson.com; ejackson@johnsonjackson.com; lmgarcia2@dadeschools.net; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>; jordanmadrigal@dadeschools.net; Marsey, David <dmarsey@rumberger.com>; jgrosholz@rumberger.com; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.' <ddeleo@shumaker.com>; pduggan@shumaker.com; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; James Percival <James.Percival@myfloridalegal.com>
**Subject:** Re: Equality Florida v. DeSantis

This email was sent from outside the Firm.

Hi Joshua,

We'll need some time to discuss all this with our clients, but for now we can agree to the May 25 deadline and 30 days for us to respond to the amended complaint. Does that work?

Hope you had a nice Passover.

Daniel

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Tuesday, April 19, 2022 12:36 AM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>;
CStoll@nclrights.org <CStoll@nclrights.org>; liz@elizabethschwartz.com
<liz@elizabethschwartz.com>; Kate L. Doniger <kdoniger@kaplanhecker.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>;
agallagher@johnsonjackson.com <agallagher@johnsonjackson.com>;
ejackson@johnsonjackson.com <ejackson@johnsonjackson.com>; lmgarcia2@dadeschools.net
<lmgarcia2@dadeschools.net>; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>;
jordanmadrigal@dadeschools.net <jordanmadrigal@dadeschools.net>; Marsey, David
<dmarsey@rumberger.com>; jgrosholz@rumberger.com <jgrosholz@rumberger.com>; 'Bob Harris'
<bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com
<ccarstens@lawfla.com>; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.'
<ddeleo@shumaker.com>; pduggan@shumaker.com <pduggan@shumaker.com>; Anita Patel
<Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry
Whitaker <Henry.Whitaker@myfloridalegal.com>
**Subject:** RE: Equality Florida v. DeSantis

Dear Daniel,

I hope you enjoyed the weekend (and that, if you celebrated a holiday, it was meaningful).

To follow up on our discussion, I write to propose a schedule for PI-stage expert disclosures and
depositions, limited written discovery (just ROGs and RFAs), and motion practice on your anticipated
motions to dismiss and our anticipated motion for a preliminary injunction. Here is our proposal for
consideration by defense counsel:

- May 25: Deadline for plaintiffs to file amended complaint and add/drop parties
- June 15: Plaintiffs' expert disclosures due
- June 24: Defendants' expert disclosures due
- June 29: Deadline for parties to serve interrogatories
- July 22: Deadline for parties to respond to interrogatories
- July 29: Deadline for parties to serve requests for admission
- August 10: Deadline for completion of expert depositions
- August 17: Deadline for parties to respond to requests for admission
- September 20: Deadline for plaintiffs to file motion for PI
- October 14: Deadline for defendants to file motion to dismiss and opposition to PI
- November 3: Deadline for plaintiffs to file reply in support of PI and opposition to motion to
  dismiss
- November 16: Deadline for defendants to reply to motion to dismiss

Although this schedule does not contemplate any further fact discovery, it is likely that we will
present fact affidavits in support of our PI motion (and that we will propose a PI hearing with fact

witness testimony). We expect that you all may do the same. If you believe that any PI-stage discovery on such factual matters is warranted, let us know and we can discuss.

Sincerely,
Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Thursday, April 14, 2022 10:11 AM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org; liz@elizabethschwartz.com
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>; agallagher@johnsonjackson.com; ejackson@johnsonjackson.com; lmgarcia2@dadeschools.net; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>; jordanmadrigal@dadeschools.net; Marsey, David <dmarsey@rumberger.com>; jgrosholz@rumberger.com; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.' <ddeleo@shumaker.com>; pduggan@shumaker.com; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry Whitaker <Henry.Whitaker@myfloridalegal.com>
**Subject:** Re: Equality Florida v. DeSantis

Hi Daniel

I write to confirm our availability. We look forward to speaking later today.

Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
**350 Fifth Avenue | 63rd Floor**
**New York, NY 10118**
**(W) 929.294.2537**

---

**From:** Joshua Matz
**Sent:** Wednesday, April 13, 2022 7:40:48 PM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org <CStoll@nclrights.org>; liz@elizabethschwartz.com <liz@elizabethschwartz.com>
**Cc:** Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>; agallagher@johnsonjackson.com <agallagher@johnsonjackson.com>; ejackson@johnsonjackson.com <ejackson@johnsonjackson.com>; lmgarcia2@dadeschools.net

<lmgarcia2@dadeschools.net>; 'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>;
jordanmadrigal@dadeschools.net <jordanmadrigal@dadeschools.net>; Marsey, David
<dmarsey@rumberger.com>; jgrosholz@rumberger.com <jgrosholz@rumberger.com>; 'Bob Harris'
<bharris@lawfla.com>; James Dean <jdean@lawfla.com>; ccarstens@lawfla.com
<ccarstens@lawfla.com>; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.'
<ddeleo@shumaker.com>; pduggan@shumaker.com <pduggan@shumaker.com>; Anita Patel
<Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry
Whitaker <Henry.Whitaker@myfloridalegal.com>
**Subject:** RE: Equality Florida v. DeSantis

Hi Daniel

Thanks so much. Let's hold that time and I'll circle back tomorrow morning with final confirmation
that it still works for us (it likely does). In the interim, I'd be grateful if you could circulate a dial in.

Best,
Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Wednesday, April 13, 2022 9:50 PM
**To:** Joshua Matz <jmatz@kaplanhecker.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>;
CStoll@nclrights.org; liz@elizabethschwartz.com
**Cc:** Shannon Minter (sminter@nclrights.org <sminter@nclrights.org>;
agallagher@johnsonjackson.com; ejackson@johnsonjackson.com; lmgarcia2@dadeschools.net;
'henrysuarez@dadeschools.net' <henrysuarez@dadeschools.net>;
jordanmadrigal@dadeschools.net; Marsey, David <dmarsey@rumberger.com>;
jgrosholz@rumberger.com; 'Bob Harris' <bharris@lawfla.com>; James Dean <jdean@lawfla.com>;
ccarstens@lawfla.com; H. Matthew Fuqua <mfuqua@fmc.legal>; 'DeLeo, Daniel J.'
<ddeleo@shumaker.com>; pduggan@shumaker.com; Anita Patel
<Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Henry
Whitaker <Henry.Whitaker@myfloridalegal.com>
**Subject:** Re: Equality Florida v. DeSantis

This email was sent from outside the Firm.

Joshua and team:

Counsel for all defendants are copied here. I believe at least one attorney for each of the
defendants can make 5:00 tomorrow (Thursday) afternoon work. If that still works for the

plaintiffs, we're happy to talk then. Thanks very much,

Daniel

---

**From:** Joshua Matz <jmatz@kaplanhecker.com>
**Sent:** Tuesday, April 12, 2022 12:04 PM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org <CStoll@nclrights.org>; liz@elizabethschwartz.com <liz@elizabethschwartz.com>
**Cc:** Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>
**Subject:** RE: Equality Florida v. DeSantis

Dear Mr. Bell,

To follow up on Robbie's email, would you all be available on Wednesday between 4:30 to 6pm, or on Thursday between 10.45am to 12pm or after 4:30pm? If not, perhaps we could speak Friday between 10.30am to 2pm?

Sincerely,
Joshua

**Joshua Matz | Kaplan Hecker & Fink LLP**
1050 K Street NW | Suite 1040
Washington, DC 20001
(W) 929.294.2537
jmatz@kaplanhecker.com

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Monday, April 11, 2022 10:32 PM
**To:** Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org; liz@elizabethschwartz.com
**Cc:** Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; Anita Patel <Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Joshua Matz <jmatz@kaplanhecker.com>; Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>
**Subject:** Re: Equality Florida v. DeSantis

> You don't often get email from daniel.bell@myfloridalegal.com. Learn why this is important

> This email was sent from outside the Firm.

Happy to discuss. I don't have anything this week that I can't move. If you want to give us a few windows that work for your side, I'll check with counsel for the school districts and we can nail something down.

Thanks,
Daniel

---

**From:** Roberta Kaplan <rkaplan@kaplanhecker.com>
**Sent:** Monday, April 11, 2022 10:08 PM
**To:** Daniel Bell <Daniel.Bell@myfloridalegal.com>; CStoll@nclrights.org <CStoll@nclrights.org>;
liz@elizabethschwartz.com <liz@elizabethschwartz.com>
**Cc:** Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; Anita Patel
<Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>; Joshua Matz
<jmatz@kaplanhecker.com>; Shannon Minter (sminter@nclrights.org) <sminter@nclrights.org>
**Subject:** Re: Equality Florida v. DeSantis

Dear Mr. Bell:

Thank you for your email.

We have no objection to the idea of an extension, but we have also been thinking on our own about
a comprehensive schedule that would incorporate dates for all of this.

Can we schedule a time to speak in the next couple of days?

Copying my partner Joshua Matz, who has been working with me on this.

Very truly yours,

Robbie

**Roberta Kaplan  | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | 63rd Floor
(W) 212.763.0883
rkaplan@kaplanhecker.com

---

**From:** Daniel Bell <Daniel.Bell@myfloridalegal.com>
**Sent:** Monday, April 11, 2022 10:00:31 PM
**To:** Roberta Kaplan <rkaplan@kaplanhecker.com>; CStoll@nclrights.org <CStoll@nclrights.org>;
liz@elizabethschwartz.com <liz@elizabethschwartz.com>
**Cc:** Henry Whitaker <Henry.Whitaker@myfloridalegal.com>; Anita Patel
<Anita.Patel@myfloridalegal.com>; Bilal Faruqui <Bilal.Faruqui@myfloridalegal.com>
**Subject:** Equality Florida v. DeSantis

> You don't often get email from daniel.bell@myfloridalegal.com. Learn why this is important

> This email was sent from outside the Firm.

Counsel:

Along with my colleagues who are copied here, I represent the state defendants in Equality Florida v. DeSantis. Although the school district defendants are separately represented, I am authorized on behalf of all defendants to ask for your position on a 30-day enlargement of time for defendants to respond to the complaint. If you plan to seek a preliminary injunction, we would be open to a briefing schedule that would account for that. Happy to discuss, and hope all is well.



Daniel W. Bell
Chief Deputy Solicitor General
Office of the Attorney General
PL-01, The Capitol | Tallahassee, FL 32399

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*