IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EQUALITY FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                            Case No. 4:22-cv-134-AW-MJF

**RONALD DESANTIS, et al.,**

    **Defendants.**

_____/

## SCHEDULING ORDER

Having considered the parties' Rule 26(f) report (ECF No. 54), the court now ORDERS the following:

    1.    The trial remains set for the trial period that begins on February 13, 2023.

    2.    The deadline to complete discovery remains November 4, 2022. There is no deadline to serve discovery except that it must be served in time to allow responses before the close of discovery. The deadline to respond to requests is 30 days after service. The court will not adopt wholesale Plaintiffs' proposal for shorter response timeframes, but if Plaintiffs have particular requests for which expedited responses are appropriate, Defendants should cooperate in that regard, and Plaintiffs can move separately (with specifics) if necessary.

    3.    The parties' Rule 26(f) report (ECF No. 54) will control the matters it addresses, except to the extent of any conflict with this order. On matters not

addressed in this order or the parties' Rule 26(f) report, the Order Regarding Schedule (ECF No. 44) remains effective.

4. Each party must supplement its Rule 26 disclosures promptly after a supplement becomes necessary. *See* Fed. R. Civ. P. 26(e). Each party must supplement in time to ensure the opposing party is not prejudiced by any failure to supplement immediately after the information was (or should have been) discovered.

5. Deadlines will be determined based on this order, other applicable orders, and governing rules. Text in the clerk's docket entries are for the clerk's internal use and are not controlling.

6. A separate order for pretrial conference (to be issued later) will set a deadline for a pretrial attorney conference. That deadline will also be the deadline for Rule 26(a)(3) disclosures. The deadline to object under Rule 26(a)(3) is seven days later.

7. Any motion in limine or other pretrial motion must be filed no later than 15 days before the pretrial conference. A response to any motion in limine or other pretrial motion must be filed within the deadline set out in Local Rule 7.1(E), but must also be filed no later than 5 days before the pretrial conference.

SO ORDERED on June 23, 2022.

                                            s/ *Allen Winsor*  
                                            United States District Judge