UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CASE NO. 4:22-CV-00134-AW-MJF

**Equality Florida, *et al.*,**

    **Plaintiffs,**

**v.**

**Ronald D. DeSantis, in his official capacity as Governor of the State of Florida, *et al.*,**

    **Defendants.**

_____/

## DEFENDANT MIAMI-DADE SCHOOL BOARD'S ANSWER TO PLAINTIFFS' AMENDED COMPLAINT

Defendant, the School Board of Miami-Dade County, Florida ("Miami-Dade School Board"), pursuant to Federal Rule of Civil Procedure 8(b), respectfully submits that it takes no position on the merits of Plaintiffs' Amended Complaint (DE47) or on its Co-Defendants' potential defenses on the merits. Although the Miami-Dade School Board specifically denies that it operates Miami Children's Museum Charter School, as alleged in Paragraph 90, it admits to the remainder of that paragraph's allegations, as well as the allegations of Paragraph 107, and otherwise lacks knowledge or information sufficient to form a belief about the truth of the Amended Complaint's remaining allegations. The Miami-Dade School Board will abide by any final judgment of this Court concerning the challenged statute.

**Dated: June 27, 2022.**

        Respectfully submitted,

        */s/ Walter J. Harvey*
        Walter J. Harvey
        School Board Attorney
        FBN: 74144
        walter.harvey@dadeschools.net
        cc: jordanmadrigal@dadeschools.net
        The School Board of Miami-Dade
        County, Florida
        1450 NE 2nd Avenue, Suite 430
        Miami, Florida 33132

        *Attorney for Defendant, the School Board of Miami-Dade County, Florida*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 27, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this date on all counsel of record and *pro se* parties either via transmission of Notices of Electronic Filing generated by CM/ECF, or in some other authorized manner.