# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EQUALITY FLORIDA, et al.,

    Plaintiffs,

vs.                               CASE NO.: 4:22-CV-00134-AW-MJF

RONALD D. DESANTIS, in his
Official capacity as Governor of
Florida, et al.,

    Defendants.
_____/

## DEFENDANT, SARASOTA COUNTY SCHOOL BOARD'S NOTICE OF JOINDER IN DEFENDANTS' MOTIONS TO DISMISS

Defendant, School Board of Sarasota County, by and through its undersigned counsel, hereby joins in and adopts the arguments set forth in the Motions to Dismiss filed by Defendants, Pasco County School Board (Dkt. 60), Orange County School Board (Dkt. 63), the School Board of Broward County (Dkt. 62), the St. Johns County School Board (Dkt. 66), and the School Board of Manatee County (Dkt. 67) and hereby incorporates the same into its own Motion to Dismiss Plaintiffs' First Amended Complaint and Memorandum of Law in Support (Dkt. 65).

Dated: June 28, 2022

17592652v1                                          1

Respectfully submitted,

/s/ Daniel J. DeLeo
Daniel J. DeLeo, Esq.
Fla. Bar No. 014268
Patrick J. Duggan
Fla. Bar No. 0899461
ddeleo@shumaker.com
pduggan@shumaker.com
mpack@shumaker.com
smcclellan@shumaker.com
Shumaker, Loop & Kendrick, LLP
P.O. Box 49948
Sarasota, Florida 34230-6948
(941) 366-6660
(941) 366-3999 – Fax
*Counsel for School Board*
*of Sarasota County*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically using the CM/ECF e-filing portal, which will serve a copy on counsel of record.

Dated: June 28, 2022                    Respectfully submitted,

/s/ Daniel J. DeLeo
Daniel J. DeLeo, Esq.
Fla. Bar No. 014268

**SERVICE LIST**

**Registrants Served Through the Court's Electronic Notice for Registrants:**

| | |
|---|---|
| Robert A. Kaplan, Esq. | rkaplan@kaplanhecker.com |
| | docketing@kaplanhecker.com |
| | kmagun@kaplanhecker.com |
| | rtuchman@kaplanhecker.com |
| D. Brandon Trice, Esq. | btrice@kaplanhecker.com |
| Joshua Adam Matz, Esq. | jmatz@kaplanhecker.com |
| Kate Linsley Doniger, Esq. | kdoniger@kaplanhecker.com |
| Valerie Lynn Hletko, Esq. | vhletko@kaplanhecker.com |
| John Charles Quinn, Esq. | jquinn@kaplanhecker.com |
| | |
| Christopher Stoll, Esq. | cstoll@nclrights.org |
| Shireen A. Barday, Esq. | sbarday@gibsondunn.com |
| Elizabeth F. Schwartz, Esq. | liz@elizabethschwartz.com |
| | |
| Daniel W. Bell, Esq. | Daniel.Bell@myfloridalegal.com |
| Bilal Ahmed Faruqui, Esq. | bilal.faruqui@myfloridalegal.com |
| | Alisha.robinson@myfloridalegal.com |
| Henry Charles Whitaker, Esq. | henry.whitaker@myfloridalegal.com |
| Anita J. Patel, Esq. | anita.patel@myfloridalegal.com |
| | Complexlitigation.eservice@myfloridalegal.com |
| | |
| Bob Lynn Harris, Esq. | bharris@lawfla.com |
| | ahopkins@lawfla.com |
| | ccarstens@lawfla.com |
| | jdean@lawfl.com |
| | |
| Jeffery James Grosholz, Esq. | jgrosholz@rumberger.com |
| | |
| John David Marsey, Esq. | dmarsey@rumberger.com |
| | dmarseysecy@rumberger.com |
| | docketingorlando@rumberger.com |
| | fsujdm@comcast.net |
| | |
| Walter James Harvey, Esq. | walter.harvey@dadeschools.net |

|  |  |
|---|---|
|  | jordanmadrigal@dadschools.net |
|  | laynetperez@dadeschools.net |
| Erin G. Jackson, Esq. | ejackson@johnsonjackson.com |
|  | kharris@johnsonjackson.com |
|  | lstillwell@johnsonjackson.com |
| Ashley Tinsley Gallagher, Esq. | agallagher@johnsonjackson.com |
| Joseph Matthew Wasserkrug | jwasserkrug@mwe.com |
|  | amonestime@mwe.com |
|  | jkohlasch@mwe.com |
|  | mblancoaleman@mwe.com |
|  | nmoya@mwe.com |
| Michael Wesly Weaver, Esq. | mweaver@mwe.com |