IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EQUALITY FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                        Case No. 4:22-cv-134-AW-MJF

**RONALD DESANTIS, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING MOTIONS TO DISMISS

The State Defendants' unopposed motion to exceed the word limit (ECF No. 69) is GRANTED. Although the court does not routinely allow expanded briefs, the request is justified here. The motion to dismiss (ECF No. 68) is therefore accepted as filed.

As reflected in the parties' joint report (ECF No. 54) and approved in the Scheduling Order (ECF No. 61), Plaintiffs' deadline to respond to the motions to dismiss is July 27, and Defendants may reply by August 10.

Plaintiffs should file one consolidated response to all seven pending motions to dismiss, not seven separate responses. The consolidated response should not exceed 15,000 words. If Plaintiffs contend this is unworkable, they may promptly move for relief.

SO ORDERED on June 28, 2022.

s/ *Allen Winsor*
United States District Judge
