# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**EQUALITY FLORIDA, et al.,**

    **Plaintiffs,**

**v.**                                                            Case No. 4:22-cv-134-AW-MJF

**RONALD DESANTIS, et al.,**

    **Defendants.**

_____/

## ORDER DENYING MOTION TO INTERVENE

I earlier denied Scott Huminski's motion to intervene. ECF No. 46. Huminski now moves for reconsideration, requesting for various forms of relief. ECF No. 53. Because Huminski shows no entitlement to relief, his motion (ECF No. 53) is DENIED.

SO ORDERED on July 12, 2022.

                                                       s/ *Allen Winsor*
                                                       United States District Judge