| | |
|---|---|
| **From:** | ecf_help@ca11.uscourts.gov |
| **To:** | FLNDdb_efile Appeals |
| **Subject:** | Re-send: 22-12392-GG In re: Scott Huminski "Civil Appeal Docketed - Notice of Appeal" (4:22-cv-00134-AW-MJF) |
| **Date:** | Friday, July 22, 2022 4:02:34 PM |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

**Amended 07/22/2022 16:02:16: Notice of Docket Activity**

The following transaction was entered on 07/22/2022 at 3:43:09 PM Eastern Daylight Time and filed on 07/19/2022

| | |
|---|---|
| **Case Name:** | In re: Scott Huminski |
| **Case Number:** | 22-12392 |
| **Document(s):** | Document(s) |

**Docket Text:**
CIVIL APPEAL DOCKETED. Notice of appeal filed by Appellant Scott Huminski on 07/19/2022. Fee Status: Fee Paid. No hearings to be transcribed. The appellant's brief is due on or before 08/29/2022. The appendix is due no later than 7 days from the filing of the appellant's brief. Awaiting Appellant's Certificate of Interested Persons due on or before 08/05/2022 as to Appellant Scott Huminski.

**Notice will be electronically mailed to:**

Scott Huminski
Michael Thomas Burke
Erin G. Jackson
Roberta Kaplan
Henry Charles Whitaker
John David Marsey
Christopher J. Stearns
Christopher F. Stoll
Walter James Harvey
Bilal Ahmed Faruqui
Joseph Matthew Wasserkrug
Daniel William Bell
Valerie L. Hletko
Shireen Barday
Jeffrey James Grosholz
Anita J. Patel
Clerk - Northern District of Florida, Clerk of Court

**Notice sent via US Mail to:**

John Carlo Palmerini
Orange County School Board, Legal Depatment
445 W AMELIA ST
ORLANDO, FL 32801-1129

Kate Doniger
Sullivan & Cromwell, LLP
125 BROAD ST STE 3513
NEW YORK, NY 10004

Dennis John Alfonso
McClain Alfonso, PA
37908 CHURCH AVE
DADE CITY, FL 33525

D Brandon Trice
Kaplan Hecker & Fink, LLP
350 5TH AVE STE 7110
NEW YORK, NY 10118

Elizabeth Frances Schwartz
Elizabeth F. Schwartz PA - MIAMI FL
3050 BISCAYNE BLVD STE 600
MIAMI, FL 33137

John Charles Quinn
Kaplan Hecker & Fink, LLP
350 5TH AVE STE 7110
NEW YORK, NY 10118

Joshua Adam Matz
Kaplan Hecker & Fink, LLP
1050 K ST NW STE 1040

WASHINGTON, DC 20001

Michael Wesley Weaver
McDermott Will & Emery, LLP
444 W LAKE ST STE 4000
CHICAGO, IL 60606

Ashley Tinsley Gallagher
Johnson Jackson, PLLC
100 N TAMPA ST STE 2310
TAMPA, FL 33602

Daniel J. Deleo
Shumaker Loop & Kendrick, LLP
1000 JACKSON ST
TOLEDO, OH 43604-5573

David W. Carroll
Carroll Ucker & Hemmer LLC - COLUMBUS OH
PO BOX 12045
COLUMBUS, OH 43212

The following document(s) are associated with this transaction:
**Document Description:** DKT-7CIV Notice to Counsel/Parties
**Original Filename:** /opt/ACECF/live/forms/MoniqueTaylor_2212392_9721232_DKT-7CIVCivilEarlyBriefing_114.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/19/2022] [FileNumber=9721232-3]
[1308f117a6d51597583b238077756cf9e79bb216dff8c3135dd4a87aa4e4d5255e7a0d5f956ce7d65d30366189f16165fc5fbc38e36d9e6a31f905f478f79fc5]]
**Recipients:**

- Dennis John Alfonso
- Shireen Barday
- Daniel William Bell
- Michael Thomas Burke
- David W. Carroll
- Clerk - Northern District of Florida, Clerk of Court
- Daniel J. Deleo
- Kate Doniger
- Bilal Ahmed Faruqui
- Ashley Tinsley Gallagher
- Jeffrey James Grosholz
- Walter James Harvey
- Valerie L. Hletko
- Scott Huminski
- Erin G. Jackson
- Roberta Kaplan
- John David Marsey
- Joshua Adam Matz
- John Carlo Palmerini
- Anita J. Patel
- John Charles Quinn
- Elizabeth Frances Schwartz
- Christopher J. Stearns
- Christopher F. Stoll
- D Brandon Trice
- Joseph Matthew Wasserkrug
- Michael Wesley Weaver
- Henry Charles Whitaker

**Document Description:** Civil Appeal Docketed - Notice of Appeal
**Original Filename:** 22-12392 - NOA 7-19-2022.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/19/2022] [FileNumber=9721232-0]
[801d024ea1309cec0a1cb3f9211460c6fb39a218d84a0ae5743a6d7a600949c493b12b593e36d5b4bf4f35521f30aa2eeaad571ae8cdec0db0902fa845edc0d7]]

**Document Description:** ORDER DE# 80
**Original Filename:** 22-12392 - ORDER DE# 80.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/19/2022] [FileNumber=9721232-1]
[327c8e23981a7f0a2b508535159b48b9072a3a553e8e95ec86b932ae419a56c4a245bde75fd4bb6c593c2bba10ecb1abdcc55354df2aed96a63ab940a79aa2ce]]

**Document Description:** ORDER DE# 46
**Original Filename:** 22-12392 - ORDER DE# 46.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/19/2022] [FileNumber=9721232-2]
[2db98fca5f7a701be6af32b59df64e786cebef4c5b46f4fc5c2d308d259e27615f09ee447c639e43dffee6913fc9db1d24c6d473357f935f1d920457a09d383a]]

**Document Description:** *CORRECTED* DKT-7CIV Notice to Counsel/Parties
**Original Filename:** H:\My Scan Folder\optACECFliveformsMoniqueTaylor_2212392_9721232_DKT-7CIVCivilEarlyBriefing_114.pdf - 22-12392 - CORRECTED LETTER.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1160056652 [Date=07/19/2022] [FileNumber=9721232-8]

[8048e801ba19aee340fd826f9045f985867c7eb978956ba9a20bf0d11812e125cc0e7f6991e75f34dcbdfeb444cb3989db5e4ed648c5fe57387ff9c40fa1cc33]]