UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EQUALITY FLORIDA; FAMILY EQUALITY; M.A., by and through his parent AMBER ARMSTRONG; S.S., by and through her parents, IVONNE SCHULMAN and CARL SCHULMAN; ZANDER MORICZ; LINDSAY MCCLELLAND, in her personal capacity and as next friend and parent of JANE DOE; RABBI AMY MORRISON and CECILE HOURY; DAN and BRENT VANTICE; LOURDES CASARES and KIMBERLY FEINBERG; LINDSEY BINGHAM SHOOK; ANH VOLMER; SCOTT BERG; and MYNDEE WASHINGTON,<br><br>   Plaintiffs,<br><br>v.<br><br>RONALD D. DESANTIS, in his official capacity as Governor of Florida; FLORIDA STATE BOARD OF EDUCATION; THOMAS R. GRADY, BEN GIBSON, MONESIA BROWN, ESTHER BYRD, GRAZIE P. CHRISTIE, RYAN PETTY, and JOE YORK, in their official capacities as members of the Board of Education; JACOB OLIVA, in his official capacity as Commissioner of Education of Florida; FLORIDA DEPARTMENT OF EDUCATION; BROWARD SCHOOL BOARD; SCHOOL BOARD OF MANATEE COUNTY; | Civil Action No. 4:22-cv-0134-AW-MJF |

| |
|---|
| SCHOOL BOARD OF SARASOTA COUNTY; SCHOOL BOARD OF MIAMI-DADE COUNTY; ORANGE COUNTY SCHOOL BOARD; ST. JOHNS COUNTY SCHOOL BOARD; and PASCO COUNTY SCHOOL BOARD,<br><br>                    Defendants. |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT RONALD D. DESANTIS

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs, by and through their undersigned counsel, hereby voluntarily dismiss all claims against Defendant Ronald D. DeSantis, in his official capacity as Governor of Florida, without prejudice.

Dated: July 27, 2022

                                                        */s/ Roberta A. Kaplan*
                                                        Roberta A. Kaplan (NY #2507093)*
                                                        John C. Quinn (NY #4965000)*
                                                        Kate L. Doniger (NY #5128251)*
                                                        D. Brandon Trice (NY #5140017)*
                                                        KAPLAN HECKER & FINK LLP
                                                        350 Fifth Avenue, 63rd Floor
                                                        New York, New York 10118
                                                        Tel.: (212) 763-0883
                                                        rkaplan@kaplanhecker.com

Joshua Matz (DC #1045064)*
Valerie L. Hletko (DC #485610)*
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, D.C. 20001
Tel: (212) 763-0883
jmatz@kaplanhecker.com

Christopher Stoll (CA #179046)*
NATIONAL CENTER FOR LESBIAN
RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Tel.: (415) 392-6257
CStoll@nclrights.org

Elizabeth F. Schwartz (FL #114855)
ELIZABETH F. SCHWARTZ, P.A.
3050 Biscayne Blvd., Suite 600
Miami, Florida 33137
Tel.: (305) 674-9222
liz@elizabethschwartz.com

Michael W. Weaver (IL #6291021)*
MCDERMOTT WILL & EMERY LLP
444 West Lake Street
Chicago, Illinois 60606
Tel.: (312) 984-5820
mweaver@mwe.com

Joseph M. Wasserkrug (FL #112274)
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
Tel.: (305) 347-6501
jwasserkrug@wme.com

*Attorneys for Plaintiffs*

*\* admitted pro hac vice*

-2-