IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EQUALITY FLORIDA, et al.,**

    **Plaintiffs,**

v.                                                          Case No. 4:22-cv-134-AW-MJF

**RONALD DESANTIS, et al.,**

    **Defendants.**

_____/

## ORDER ACKNOWLEDGING DISMISSAL OF ACTION AGAINST GOVERNOR DESANTIS

Plaintiffs have filed a notice of voluntary dismissal without prejudice as to their action against Governor Ronald DeSantis. ECF No. 92. The notice is effective without an order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i); *Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (5th Cir. 1973) ("[A] plaintiff is entitled to a dismissal against one defendant under Rule 41(a), even though the action against another defendant would remain pending."). This order confirms that the case has been dismissed against the Governor. Future filings should omit the Governor from the case style.

SO ORDERED on July 28, 2022.

                                                 s/ *Allen Winsor*
                                                 United States District Judge