# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

EQUALITY FLORIDA, et al.,

   Plaintiffs,

v.

FLORIDA STATE BOARD OF EDUCATION, et al.,

   Defendants.

Case No. 4:22-cv-134-AW-MJF

**MOTION FOR LEAVE TO FILE BRIEF OF THE DISTRICT OF COLUMBIA AND THE STATES OF NEW JERSEY, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW YORK, AND OREGON AS AMICI CURIAE**

The District of Columbia and the States of New Jersey, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New York, and Oregon (collectively, "Amici States") respectfully request leave to file a brief as amici curiae.

Although neither the Federal Rules of Civil Procedure nor this Court's Local Rules address amicus briefs, "district courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). In exercising that authority, judges on this Court have previously considered as factors favoring granting leave to file an amicus brief: (1) an amicus party's "experience and qualifications," (2) the relevance of the amicus brief to the matter, (3) whether the case is of "general public interest," (4) whether the case is of "particular interest to the [amici] parties," and (5) whether the "case concerns constitutional rights." Order Granting Motion to Appear as Amicus Curiae 2, *Madera v. Detzner*, No. 1:18-cv-152-MW/GRJ (N.D. Fla. Aug. 23, 2018), ECF No. 31; *see* Order Granting Leave to File Amicus Curiae Mem. 2, *Prison Legal News v. The Geo Grp., Inc.*, No. 4:12-cv-239-MW/CAS (N.D. Fla. Feb. 25, 2013), ECF No. 131.

These factors all weigh in favor of granting leave to file Amici States' brief. First, as the authorities responsible for public education, *Epperson v. Arkansas*, 393 U.S. 97, 104 (1968), Amici States have expertise in making and administering

education policy.  As such, Amici States can provide insight informed by their own experiences regarding how measures, like H.B. 1557, relate to state interests in educating youth.  Indeed, Amici States previously filed an amicus brief before the en banc Eleventh Circuit in another, recent case involving LGBTQ issues in schools. En Banc Br. for States of N.Y. et al., *Adams v. Sch. Bd. of St. Johns Cnty.*, No. 18-13592 (11th Cir. Nov. 26, 2021).  Second, Amici States' brief is relevant because it addresses alternatives to Florida's H.B. 1557 that would not cause the same harms that law does.  Finally, concerning the last three prongs, this case is of interest to the public and Amici States because it concerns the constitutionality of a major education law.  Thus, given Amici States' experience and the weighty issues at stake, the attached amicus brief will assist the Court as it decides a case with potentially substantial impact.

## CONCLUSION

The Court should grant leave to file the attached brief as amici curiae.

|  | Respectfully submitted, |
|---|---|
| MATTHEW J. PLATKIN<br>Acting Attorney General for the State of New Jersey | KARL A. RACINE<br>Attorney General for the District of Columbia |
| JEREMY M. FEIGENBAUM<br>Solicitor General | CAROLINE S. VAN ZILE<br>Solicitor General |
| SUNDEEP IYER<br>MAYUR P. SAXENA<br>Assistant Attorneys General | ASHWIN P. PHATAK<br>Principal Deputy Solicitor General |
| MELISSA MEDOWAY<br>MELISSA FICH<br>JOHN T. PASSANTE<br>Deputy Attorneys General | /s/ Adam J. Tuetken<br>ADAM J. TUETKEN*<br>Assistant Attorney General |
| The Office of the Attorney General of New Jersey<br>Richard J. Hughes Justice Complex<br>25 Market Street, P.O. Box 112<br>Trenton, NJ 08625<br>(609) 376-2690<br>jeremy.feigenbaum@njoag.gov | Office of the Solicitor General<br>Office of the Attorney General for the District of Columbia<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 735-7474<br>adam.tuetken@dc.gov |

August 2022
*Admitted in the U.S. District Court for the Northern District of Florida

On behalf of:

ROB BONTA
*Attorney General*
State of California

PHILIP J. WEISER
*Attorney General*
State of Colorado

WILLIAM TONG
*Attorney General*
State of Connecticut

KATHLEEN JENNINGS
*Attorney General*
State of Delaware

HOLLY T. SHIKADA
*Attorney General*
State of Hawaii

KWAME RAOUL
*Attorney General*
State of Illinois

AARON M. FREY
*Attorney General*
State of Maine

BRIAN E. FROSH
*Attorney General*
State of Maryland

MAURA HEALEY
*Attorney General*
Commonwealth of Massachusetts

DANA NESSEL
*Attorney General*
State of Michigan

KEITH ELLISON
*Attorney General*
State of Minnesota

AARON D. FORD
*Attorney General*
State of Nevada

LETITIA JAMES
*Attorney General*
State of New York

ELLEN F. ROSENBLUM
*Attorney General*
State of Oregon

## CERTIFICATE OF CONFERRAL

I hereby certify that, pursuant to Local Rule 7.1(B), counsel for movants conferred with counsel for plaintiffs and for defendants regarding this motion. Plaintiffs and all defendants, except the Orange County School Board, consent. The Orange County School Board takes no position on the motion.

/s/ Adam J. Tuetken
ADAM J. TUETKEN

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

<u>/s/ Adam J. Tuetken</u>
ADAM J. TUETKEN