IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**EQUALITY FLORIDA, et al.,**

    **Plaintiffs,**

**v.**                                                              Case No. 4:22-cv-134-AW-MJF

**RONALD DESANTIS, et al.,**

    **Defendants.**

_____/

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF

The District of Columbia and fifteen States moved for leave to file an amicus brief. ECF No. 96. All parties either consent to the motion or take no position. *Id.* at 6. The motion is GRANTED. The proposed brief (ECF No. 96-1) is accepted.

SO ORDERED on August 8, 2022.

                                                          s/ *Allen Winsor*
                                                          United States District Judge