UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**M.A., by and through his parent
AMBER ARMSTRONG**, et al.,

    *Plaintiffs*,

    v.                              No. 4:22-cv-134-AW-MJF

**FLORIDA STATE BOARD OF
EDUCATION**, et al.,

    *Defendants*.

_____/

### STATE DEFENDANTS' MOTION TO EXTEND DEADLINE TO RESPOND TO THE SECOND AMENDED COMPLAINT

Defendants request that the Court extend their deadline to respond to the Second Amended Complaint and set a briefing schedule.

1. Plaintiffs began this case by filing a complaint on March 31, 2022. DE1.

2. Plaintiffs immediately sought to amend, and two months later, filed a first amended complaint on May 25, 2022. DE47.

3. Defendants moved to dismiss. DE60, 62, 63, 65, 67, 68, 70.

4. On September 29, 2022, this Court granted the motions to dismiss but permitted Plaintiffs leave to replead. DE120.

5. Following an extension of time, Plaintiffs filed a new, 60-page second amended complaint on October 27, 2022. DE123.

1

6. The second amended complaint is quite clear that it seeks to "invalidate and enjoin the enforcement of Florida House Bill 1557." DE123 ¶ 1. That is a big deal: "[A]ny time a State is enjoined by a court from effectuating statutes enacted by representatives of its people, it suffers a form of irreparable injury." *Maryland v. King*, 567 U.S. 1301, 1303 (2012) (Roberts, C.J.) (quoting *New Motor Vehicle Bd. of Cal. v. Orrin W. Fox Co.*, 434 U.S. 1345, 1351 (1977) (Rehnquist, J.)).

7. Given the State Defendants' sovereign interest in defending a duly enacted statute; the holiday season; and the crush of other business, including multiple filings at the U.S. and Florida Supreme Courts at the end of November and beginning of December and a trial beginning on November 29, the State Defendants ask that the Court enter the following deadlines to respond to the Second Amended Complaint:

- December 12, 2022 – Defendants' responses to the second amended complaint.
- January 11, 2023 – Plaintiffs' response to any motions to dismiss.
- January 25, 2023 – Defendants' replies in support of any motions to dismiss.

8. Counsel for the State Defendants have conferred with counsel for the Plaintiffs who said: "As you know, Judge Winsor's September 29, 2022 Order directed that, should Plaintiffs file an Second Amended Complaint, 'Defendants will then have 14 days to respond.' ECF 120 at 25. We recognize that we subsequently

sought and obtained, with Defendants' agreement, a 14-day extension of our deadline to amend. And so we'd be open to a concomitant extension here—namely, 14 days more than the 14 days Judge Winsor previously ordered. Moreover, because that extension would, by our math, make Defendants' motions due on Thanksgiving, we're open to going a bit beyond that and providing some extra cushion following the holiday, extending the deadline out to November 30. We would then propose to move quickly with our opposition, and file by December 20, with Defendants' reply due on January 6." Subsequent conferral did not result in an agreement.

9. Unfortunately, Plaintiffs' proposed schedule would work substantial hardship on the State Defendants by conflicting with their counsels' other obligations at the end of November and beginning of December. Moreover, the schedule would demand that all Defendants (though not Plaintiffs) write their briefs over the holidays. And for all of that, Plaintiffs' proposal would only shorten the briefing schedule by a few weeks in a case where, as this Court has already noted, "Plaintiffs have not moved quickly to this point." DE89 at 2.

10. Because the State Defendants' response to the second amended complaint is currently due on November 10, the State Defendants request that Plaintiffs' time to file an opposition to this motion be expedited to November 7, such that the Court can rule in advance of Defendants' deadline. Counsel for the State

3

Defendants have conferred with counsel for the Plaintiffs, and they do not oppose reducing their time to respond to this motion.

11.   The State Defendants are authorized to represent that the school boards of Orange, Manatee, Broward, and Miami-Dade counties join in this motion.

## CONCLUSION

For the foregoing reasons, Defendants request that the Court enter the following schedule for responding to the second amended complaint:

- December 12, 2022 – Defendants' responses to the second amended complaint.

- January 11, 2023 – Plaintiffs' response to any motions to dismiss,

- January 25, 2023 – Defendants' replies in support of any motions to dismiss.

Respectfully submitted,

ASHLEY MOODY
ATTORNEY GENERAL

*/s/ Henry C. Whitaker*
Henry C. Whitaker (FBN 1031175)
SOLICITOR GENERAL

Jeffrey Paul DeSousa (FBN 110951)
CHIEF DEPUTY SOLICITOR GENERAL

Bilal Faruqui (FBN 15212)
ASSISTANT ATTORNEY GENERAL

Anita Patel (FBN 70214)
ASSISTANT ATTORNEY GENERAL

Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
henry.whitaker@myfloridalegal.com

*Counsel for the Florida State Board of Education, Thomas R. Grady, Ben Gibson, Monesia Brown, Esther Byrd, Grazie P. Christie, Ryan Petty, Joe York, and the Florida Department of Education*

## CERTIFICATE OF CONFERRAL

Consistent with Local Rule 7.1(B), undersigned counsel conferred with Plaintiffs in good faith about the relief requested in this motion but could not reach an agreement.

## CERTIFICATE OF WORD COUNT

Consistent with Local Rule 7.1(F), this motion contains 686 words.

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of November, 2022, a true and correct copy of the foregoing was filed with the Court's CM/ECF system, which will provide service to all parties.

>                           */s/ Henry C. Whitaker*
>                           Solicitor General