# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTIRCT OF FLORIDA
# TALLAHASSEE DIVISION

EQUALITY FLORIDA, et al.,

Plaintiffs,

v.

FLORIDA STATE BOARD OF EDUCATION, et al.,

Defendants

Case No. 4:22-cv-134-AW-MJF

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF OF TEXAS, ALABAMA, ALASKA, ARKANSAS, GEORGIA, INDIANA, KENTUCKY, LOUISIANA, MISSISSIPPI, NEBRASKA, OKLAHOMA, SOUTH CAROLINA, VIRGINIA, AND WEST VIRGINIA AS AMICI CURIAE IN SUPPORT OF DEFENDANTS**

## INTRODUCTION AND INTEREST OF AMICI

The States of Texas, Alabama, Alaska, Arkansas, Georgia, Indiana, Kentucky, Louisiana, Mississippi, Nebraska, Oklahoma, South Carolina, Virginia, and West Virginia request leave to file a brief as amicus curiae to assist the Court.[1] This motion is unopposed. "[D]istrict courts possess the inherent authority to appoint 'friends of the court' to assist in their proceedings." *In re Bayshore Ford Truck Sales, Inc.*, 471 F.3d 1233, 1249 n.34 (11th Cir. 2006). There are no set of factors typically considered when deciding to grant a motion to file an amicus brief in the district court. This court has, however, granted leave to file one where it found an amicus's interests, experience, and qualifications relevant, where the brief itself was relevant, where there was general public interest in the case, and the case purported to raise constitutional issues. *See e.g.* Order Granting Motion to Appear as Amicus Curiae 2, *Madera v. Detzner*, No. 1:18-cv-152-MW/GRJ (N.D. Fla. Aug. 23, 2018), ECF No. 31; see Order Granting Leave to File Amicus Curiae Mem. 2, *Prison Legal News v. The Geo Grp., Inc.*, No. 4:12-cv-239-MW/CAS (N.D. Fla. Feb. 25, 2013), ECF No. 131.

Amici have an interest in the outcome of this case given that regulating public education is "the very apex of the function of a State." *Wisconsin v. Yoder*, 406 U.S.

---

[1] The Court previously granted a different group of states leave to participate as amici at ECF 97.

205, 232 (1972). Amici also have experience in the subject matter, as stewards of their own education codes. Further, Amici's brief is relevant because it addresses fundamental concerns common to all States regarding their authority to regulate education. Finally, this case is of interest both to Amici and the public because it concerns the constitutionality of a law passed after a robust democratic process. The attached brief will therefore help the Court decide this case, a case which could have effects across the fifty States.

## CONCLUSION

The Court should grant this unopposed motion for leave to file the attached brief as amici curiae.

Respectfully submitted.

KEN PAXTON  
Attorney General of Texas

/s/ Judd E. Stone II  
JUDD E. STONE II*  
Solicitor General

BRENT WEBSTER  
First Assistant  
 Attorney General

OFFICE OF THE  
 ATTORNEY GENERAL  
P.O. Box 12548 (MC 059)  
Austin, Texas 78711-2548  
[Tel.]: (512) 936-1700  
[Fax]: (512) 474-2697  
Judd.Stone@oag.texas.gov

DECEMBER 2022  
*Admitted in the U.S. District Court of the Northern District of Florida

3

On behalf of:

STEVE MARSHALL
*Attorney General*
State of Alabama

TREG R. TAYLOR
*Attorney General*
State of Alaska

LESLIE RUTLEDGE
*Attorney General*
State of Arkansas

CHRIS CARR
*Attorney General*
State of Georgia

TODD ROKITA
*Attorney General*
State of Indiana

DANIEL J. CAMERON
*Attorney General*
State of Kentucky

JEFF LANDRY
*Attorney General*
State of Louisiana

LYNN FITCH
*Attorney General*
State of Mississippi

DOUGLAS J. PETERSON
*Attorney General*
State of Nebraska

JOHN M. O'CONNOR
*Attorney General*
State of Oklahoma

ALAN WILSON
*Attorney General*
State of South Carolina

JASON MIYARES
*Attorney General*
State of Virginia

PATRICK MORRISEY
*Attorney General*
State of West Virginia

4

## LOCAL RULE 7.1(F) CERTIFICATION

As required by Local Rule 7.1(F), the undersigned counsel certifies that this brief contains 360 words.

<u>/s/ Judd E. Stone II</u>
JUDD E. STONE II

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.

<u>/s/ Judd E. Stone II</u>
JUDD E. STONE II