IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**M.A., et al.,**

    **Plaintiffs,**

**v.**                                                          **Case No. 4:22-cv-134-AW-MJF**

**FLORIDA STATE BOARD OF
EDUCATION, et al.,**

    **Defendants.**

_____/

## ORDER REGARDING SCHEDULE

Trial was set for February. ECF No. 61. Since then, the court granted motions to dismiss (ECF No. 120), Plaintiffs filed a second amended complaint (ECF No. 123), and Defendants again moved to dismiss (ECF Nos. 130, 131, 133, 134, 137). The motions to dismiss are now ripe. Discovery has been stayed, and the pleadings are not closed. Accordingly, the clerk will remove the matter from the February trial calendar. After the motions to dismiss are resolved, the trial will promptly be reset if necessary.

SO ORDERED on January 25, 2023.

                                                         s/ *Allen Winsor*
                                                         United States District Judge