# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| M.A., by and through his parent AMBER ARMSTRONG; S.S., by and through her parents; IVONNE SCHULMAN and CARL SCHULMAN; RABBI AMY MORRISON and CECILE HOURY; LOURDES CASARES and KIMBERLY FEINBERG; ANH VOLMER; SCOTT BERG; and MYNDEE WASHINGTON,<br><br>                Plaintiffs,<br><br>v.<br><br>FLORIDA STATE BOARD OF EDUCATION; THOMAS R. GRADY, BEN GIBSON, MONESIA BROWN, ESTHER BYRD, GRAZIE P. CHRISTIE, RYAN PETTY, and JOE YORK, in their official capacities as members of the Board of Education; FLORIDA DEPARTMENT OF EDUCATION; BROWARD COUNTY SCHOOL BOARD; SCHOOL BOARD OF MANATEE COUNTY; SCHOOL BOARD OF MIAMI-DADE COUNTY; ORANGE COUNTY SCHOOL BOARD; and PASCO COUNTY SCHOOL BOARD,<br><br>                Defendants. | Case No. 4:22-cv-00134 (AW) (MJF) |

## PLAINTIFFS' NOTICE OF APPEAL

Pursuant to Fed. R. App. 4(a)(1), notice is hereby given that Plaintiffs appeal to the United States Court of Appeals for the Eleventh Circuit from the Orders and Judgment of Dismissal by the Honorable Allen Winsor entered in this matter on September 29, 2022 and February 15, 2023 (ECF Nos. 120, 158, 159), and from any and all of the Court's rulings adverse to Plaintiffs incorporated in, antecedent to, or ancillary to such Orders and Judgment.

Dated: New York, New York
March 15, 2023

Respectfully submitted,

Roberta A. Kaplan (NY #2507093)*
John C. Quinn (NY #4965000)*
Kate L. Doniger (NY #5128251)*
D. Brandon Trice (NY #5140017)*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Tel.: (212) 763-0883
rkaplan@kaplanhecker.com
jquinn@kaplanhecker.com
kdoniger@kaplanhecker.com
btrice@kaplanhecker.com

<div style="margin-left: 50%;">

Joshua Matz (DC #1045064)*
KAPLAN HECKER & FINK LLP
1050 K Street, NW, Suite 1040
Washington, D.C. 20001
Tel.: (212) 763-0883
jmatz@kaplanhecker.com

Christopher Stoll (CA #179046)*
NATIONAL CENTER FOR LESBIAN RIGHTS
870 Market Street, Suite 370
San Francisco, California 94102
Tel.: (415) 392-6257
CStoll@nclrights.org

Joseph M. Wasserkrug (FL #112274)
MCDERMOTT WILL & EMERY LLP
333 SE 2nd Avenue, Suite 4500
Miami, Florida 33131
jwasserkrug@mwe.com

Elizabeth F. Schwartz (FL #114855)
ELIZABETH F. SCHWARTZ, P.A.
3050 Biscayne Blvd., Suite 600
Miami, Florida 33137
liz@elizabethschwartz.com

*Attorneys for Plaintiffs*

\*admitted pro hac vice

</div>