4:22-cv-00134-AW-MJF

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10866

_____

M.A.,
By and through his parent Amber Armstrong,
RABBI AMY MORRISON,
CECILE HOURY,
LOURDES CASARES,
KIMBERLY FEINBERG,
SCOTT BERG, et al.,

                                      Plaintiffs-Appellants
                                      Cross Appellees,

*versus*

FLORIDA STATE BOARD OF EDUCATION,
THOMAS R. GRADY,
BEN GIBSON,
MONESIA BROWN,
ESTHER BYRD,

2                              Order of the Court                              23-10866

In their official capacities as members of the
board of education, et al.,

                                                     Defendants-Appellees
                                                     Cross Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:22-cv-00134-AW-MJF

_____

ORDER:

The "Joint Motion for Extension of Time" is GRANTED.

Appellees-Cross-Appellants' brief is due on August 29, 2023.

Appellants-Cross-Appellees' reply brief is due on October 13, 2023.

/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE