# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 22, 2024

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 23-10866-GG
Case Style: M.A., et al v. Florida State Board of Education, et al
District Court Docket No: 4:22-cv-00134-AW-MJF

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint motion to dismiss is issued as the mandate of this court. See 11th Cir. R. 42-1(a).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 23-10866-GG

_____

M.A.,
By and through his parent Amber Armstrong,
RABBI AMY MORRISON,
CECILE HOURY,
LOURDES CASARES,
KIMBERLY FEINBERG,
SCOTT BERG, et al.,

          Plaintiffs - Appellants
          Cross Appellees,

versus

FLORIDA STATE BOARD OF EDUCATION,
THOMAS R. GRADY,
BEN GIBSON,
MONESIA BROWN,
ESTHER BYRD,
In their official capacities as members of the
board of education, et al.,

          Defendants - Appellees
          Cross Appellants.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: The joint motion to voluntarily dismiss the appeal and cross-appeal is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal and cross-appeal were duly entered dismissed on this date.

Effective March 22, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

FOR THE COURT - BY DIRECTION